No. 890. TEXAS ET AL. *v.* DONOGHUE, TRUSTEE. May 3, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted, limited

to the questions raised upon the application of the State for permission to take proceedings for the confiscation of the alleged illegal oil. *Messrs. William McCraw, William C. Davis, W. J. Holt,* and *C. M. Kennedy* for petitioners. *Mr. W. B. Harrell* for respondent.